IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH PETERS, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:25-cv-632 |
| v. | ) |
| | ) Judge Aleta A. Trauger |
| RALPH ALVARADO AND TENNESSEE DEPARTMENT OF HEALTH, | ) |
| Defendants. | ) |

## ORDER

On October 30, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge